# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA
### United States Courthouse
### Oklahoma City, Oklahoma

**FILED**
Oct. 8, 2021
Douglas E. Wedge , Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

## TELEPHONIC SCHEDULING CONFERENCE BEFORE JUDGE SARAH A. HALL

## Monday, November 15, 2021

**NOTE:** Attorneys of record and any parties appearing pro se are notified that a telephonic scheduling conference concerning the below referenced adversary proceeding will be conducted by the Honorable Sarah A. Hall, United States Bankruptcy Judge, on **Monday, November 15, 2021.** The call–in information is as follows:

**Phone Number: 866–590–5055**
**Access Code: 4489321**

Parties are further advised that the trial date and/or dispositive motion deadlines will be established at the conference. Counsel, therefore, should have their calendars at the conference so scheduling conflicts may be avoided.

## 10:00 AM

| | |
|---|---|
| 21–10574 / Adv. 21–01062<br>Chp.  7<br> Trent Dwight Ford and Jill Nicole Ford | United States Trustee (Marjorie J. Creasey)<br>vs.<br> Trent Dwight Ford and Jill Nicole Ford (Jerry D. Brown) |

### Telephonic Scheduling Conference

All counsel and parties are directed (I) that all participants shall mute the phone when it is not their case, (2) that no participant shall use a "speaker" function, and (3) that no participant shall place the call on hold (in order for the Court and other participants to avoid hearing hold music or other noises that detract from the proceeding and audio recording of same).