# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: admin | Date Created: 11/15/2021 |
| Case: 21–01062 | Form ID: pdf006 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust      Vickie Kaufman
ust      Lendy Heilaman
ust      Katherine Wieland
ust      trustee11
ust      Michele Adams

                                                                                                                        TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      United States Trustee      U.S. Department of Justice      215 Dean A. McGee Ave.,      Rm. 408      Oklahoma City, OK 73102
dft      Trent Dwight Ford      16813 Little Leaf Lane      Edmond, OK 73012
dft      Jill Nicole Ford      16813 Little Leaf Lane      Edmond, OK 73012
aty      Jerry D. Brown      Jerry D. Brown, P.C.      5500 N. Western Ave.      Suite 150      Oklahoma City, OK 73118
aty      Marjorie J. Creasey      US Trustee Office      215 Dean A McGee Avenue      Oklahoma City, OK 73102
smg      Oklahoma Employment Security Commission      PO Box 53039      Oklahoma City, OK 73152–3039
ust      Marjorie J. Creasey      US Trustee Office      215 Dean A McGee Avenue      Oklahoma City, OK 73102
ust      United States Trustee      United States Trustee      215 Dean A. McGee Ave., 4th Floor      Oklahoma City, OK 73102
ust      Charles Glidewell      United States Trustee      215 Dean A. McGee Ave. 4th Fl.      Oklahoma City, OK 73102
ust      Felicia S Turner      215 Dean A. McGee Avenue      Oklahoma City, OK 73102
ust      Test UST      , OK
ust      John McClernon      , OK

                                                                                                 TOTAL: 12