**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

TRENT DWIGHT FORD
JILL NICOLE FORD,

    Debtors.

UNITED STATES TRUSTEE,

    Plaintiff,

      v.

TRENT DWIGHT FORD
JILL NICOLE FORD,

    Defendants.

Case Number: 20-12978 SAH
Chapter 7

Adversary Number: 21-01062 SAH

**PRELIMINARY WITNESS AND EXHIBIT LIST**

**Trial Date:
April 25, 2022, at 9:30 AM**

TRENT DWIGHT FORD and JILL NICOLE FORD, the Defendants in the above-captioned proceeding, herein submit their preliminary witness and exhibit list in accordance with the Court's November 15, 2021 Scheduling Order [Adv. Doc. 8], as well as L.R. 7016(b). The Defendants respectfully reserve their right to supplement and/or amend these lists as the matter progresses.

| WITNESS | PROPOSED TESTIMONY | DURATION |
|---|---|---|
| 1. Trent Dwight Ford<br>16813 Little Leaf Lane<br>Edmond, OK 73012 | (Debtor 1) Will testify as to all material issues; current income and income going forward; good faith in filing petition, schedules and statement; accuracy of statement and disclosures made | 2.0 Hours |

| | | |
|---|---|---|
| | in form; good faith effort at paying creditors in the past; good faith in seeking Chapter 7 relief. | |
| 2.  Jill Nicole Ford<br>16813 Little Leaf Lane<br>Edmond, OK 73012 | (Debtor 2) Will testify as to all material issues; current income and income going forward; good faith in filing petition, schedules and statement; accuracy of statement and disclosures made in form; good faith effort at paying creditors in the past; good faith in seeking Chapter 7 relief. | 2.0 Hours |

**The Defendants reserve the right to call any witness offered by United States Trustee. The Defendants also reserve the right to amend this Witness and Exhibit List if additional witnesses are discovered.**

| EXHIBIT | REASON OFFERED |
|---|---|
| 1.    Petition, Schedules, Statements, and any Amendments Thereto filed in Case No. 21-10574 | Relevance |
| 2.   Any and all transcripts of Meetings of Creditors attended by the Defendants, and any transcripts relating to the Rule 2004 Examinations of the Defendants | Relevance |
| 3. Any and all documents produced by the Defendants and turned over to the Office of the Plaintiff per request. | Relevance |
| 4.   Any and all tax documents of the Defendants for the past three (3) years. | Relevance |
| 5.  Any and all document relied on by the Plaintiff. | Relevance |

**The Defendants reserve the right to utilize any exhibit introduced by United States Trustee.  The Defendants also reserve the right to amend this Witness and Exhibit List if additional exhibits are discovered.**

Respectfully submitted,


/s/ Jerry D. Brown
Jerry D. Brown, OBA #16815
JERRY D. BROWN, P.C.
5500 N. Western, Suite 150
Oklahoma City, OK 73118
(405) 841-1000
(405) 841-1001 (Fax)
*jdbrownpc@sbcglobal.net*
Attorney for Defendants