# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: )<br>**TRENT DWIGHT FORD AND** )<br>**JILL NICOLE FORD,** )<br>    Debtors. ) | **BK-21-10574-SAH**<br><br>**Chapter 7** |
| **United States Trustee** )<br>**Plaintiff,** )<br>)<br>v. )<br>**Trent Dwight Ford and** )<br>**Jill Nicole Ford,** )<br>**Defendants.** ) | **Adv. Number: 21-1062** |

## NOTICE OF SUBPOENAS TO PRODUCE DOCUMENTS

TO:   Jerry Brown, counsel for Defendants, Trent Ford and Jill Ford

Please take notice that, pursuant to Fed. R. Civ. P. 45 and Fed. R. Bankr. P. 9016, the United States Trustee ("UST"), by and through counsel of record, intends to issue Subpoenas to Produce Documents to the following:

| | Entity Name | Entity Address | Production Date/Time | Production Location |
|---|---|---|---|---|
| 1. | Amazon.com, Inc. | Corporation Service Company<br>300 Deschutes Way SW, Suite 208 MC-CSC1<br>Tumwater, WA 98501 | January 10, 2022<br>at 9:00 a.m. | MJ Creasey<br>Asst. US Trustee<br>11300 NE 150th St.<br>Jones, OK 73049 |
| 2 | PayPal Holdings, Inc. | 2211 North First Street<br>San Jose, CA 95131 | January 10, 2022<br>at 9:00 a.m. | MJ Creasey<br>Asst. US Trustee<br>11300 NE 150th St.<br>Jones, OK 73049 |
| 3. | Square, Inc. | 1455 Market Street<br>Ste. 600<br>San Francisco, CA 94103 | January 10, 2022<br>at 9:00 a.m. | MJ Creasey<br>Asst. US Trustee<br>11300 NE 150th St.<br>Jones, OK 73049 |

| 4. | PayPal, Inc. dba Venmo | 2211 North First Street San Jose, CA 95131 | January 10, 2022 at 9:00 a.m. | MJ Creasey Asst. US Trustee 11300 NE 150th St. Jones, OK 73049 |

Copies of the Subpoenas are attached.

Issued this 10th day of December, 2022.

Respectfully Submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Marjorie J. Creasey

Marjorie J. Creasey, OBA#17819
Office of the United States Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK  73102
Tel. (405) 231-4393
Fax (405) 231-5958
Marjorie.creasey@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2022, I electronically transmitted the above and foregoing Notice of Subpoenas to Produce Documents to the Clerk of the Court using the ECF System for filing and for transmitting a Notice of Electronic Filing to the ECF Registered Participants in the above-captioned proceeding.

s/Marjorie J. Creasey

Marjorie J. Creasey, OBA#17819