# Notice Recipients

District/Off: 1087–5          User: admin                    Date Created: 4/15/2022
Case: 21–01062               Form ID: pdf006                 Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust          Vickie Kaufman
ust          Lendy Heilaman
ust          Katherine Wieland
ust          trustee11
ust          Michele Adams

                                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla          United States Trustee        U.S. Department of Justice        215 Dean A. McGee Ave.,        Rm.
             408        Oklahoma City, OK 73102
dft          Trent Dwight Ford        16813 Little Leaf Lane        Edmond, OK 73012
dft          Jill Nicole Ford        16813 Little Leaf Lane        Edmond, OK 73012
aty          Jerry D. Brown        Jerry D. Brown, P.C.        5500 N. Western Ave.        Suite 150        Oklahoma City, OK
             73118
aty          Marjorie J. Creasey        US Trustee Office        215 Dean A McGee Avenue        Oklahoma City, OK 73102
smg          Oklahoma Employment Security Commission        PO Box 53039        Oklahoma City, OK 73152–3039
ust          Marjorie J. Creasey        DOJ–Ust        Marjorie J Creasey        215 Dean A. McGee Ave.        Room
             408        Oklahoma City, OK 73102
ust          United States Trustee        United States Trustee        215 Dean A. McGee Ave., 4th Floor        Oklahoma City,
             OK 73102
ust          Charles Glidewell        United States Trustee        215 Dean A. McGee Ave. 4th Fl.        Oklahoma City, OK
             73102
ust          Felicia S Turner        215 Dean A. McGee Avenue        Oklahoma City, OK 73102
ust          Test UST        , OK
ust          John McClernon        , OK
ust          James C Harmon        DOJ–Ust        224 S. Boulder, Ste. 225        Tulsa, OK 74103

                                                                                TOTAL: 13