United States Bankruptcy Court

Western District of Oklahoma

United States Trustee,
    Plaintiff

Ford,
    Defendant

Adv. Proc. No. 21-01062-SAH

# CERTIFICATE OF NOTICE

District/off: 1087-5      User: admin      Page 1 of 2
Date Rcvd: Jun 27, 2022      Form ID: pdf006      Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jerry D. Brown, Jerry D. Brown, P.C., 5500 N. Western Ave., Suite 150, Oklahoma City, OK 73118-4016 |
| ust | + | James C Harmon, DOJ-Ust, 224 S. Boulder, Ste. 225, Tulsa, OK 74103-3026 |
| dft | + | Jill Nicole Ford, 16813 Little Leaf Lane, Edmond, OK 73012-0677 |
| dft | + | Trent Dwight Ford, 16813 Little Leaf Lane, Edmond, OK 73012-0677 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Jun 27 2022 21:10:00 | Marjorie J. Creasey, US Trustee Office, 215 Dean A McGee Avenue, Oklahoma City, OK 73102-3444 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Jun 27 2022 21:10:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Jun 27 2022 21:10:00 | Charles Glidewell, United States Trustee, 215 Dean A. McGee Ave. 4th Fl., Oklahoma City, OK 73102-3479 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Jun 27 2022 21:10:00 | Felicia S Turner, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102-3440 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Jun 27 2022 21:10:00 | Marjorie J. Creasey, DOJ-Ust, Marjorie J Creasey, 215 Dean A. McGee Ave., Room 408, Oklahoma City, OK 73102-3423 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Jun 27 2022 21:10:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |
| pla | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Jun 27 2022 21:10:00 | United States Trustee, U.S. Department of Justice, 215 Dean A. McGee Ave.,, Rm. 408, Oklahoma City, OK 73102-3423 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | John McClernon |
| ust | | Katherine Wieland |
| ust | | Lendy Heilaman |
| ust | | Michele Adams |
| ust | | Test UST |
| ust | | Vickie Kaufman |
| ust | | trustee11 |

District/off: 1087-5    User: admin    Page 2 of 2
Date Rcvd: Jun 27, 2022    Form ID: pdf006    Total Noticed: 11
TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jerry D. Brown | on behalf of Defendant Trent Dwight Ford jdbrownpc@sbcglobal.net  jdbrown@oklahoma.net |
| Jerry D. Brown | on behalf of Defendant Jill Nicole Ford jdbrownpc@sbcglobal.net  jdbrown@oklahoma.net |
| Marjorie J. Creasey | on behalf of Plaintiff United States Trustee marjorie.creasey@usdoj.gov |

TOTAL: 3

**Dated: June 27, 2022**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRENT DWIGHT FORD and | ) | Case No. 21-10574-SAH |
| JILL NICOLE FORD, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. 21-01062-SAH |
| | ) | |
| TRENT DWIGHT FORD and | ) | |
| JILL NICOLE FORD, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED AS MOOT

On September 10, 2021, the United States Trustee (the "UST") initiated the present adversary objecting to entry of discharge for debtors Trent Dwight Ford and Jill Nicole Ford ("Debtors"). On April 28, 2022, Debtors and the UST filed a Stipulation Regarding the Waivers

of Discharge of Debtors Trent D. and Jill N. Ford [Bankruptcy Case, Doc. 88] (the "Stipulation") in the primary bankruptcy case. Pursuant to the Stipulation, Debtors agreed to waive their discharge, forever barring and denying each of them a chapter 7 discharge, pursuant to 11 U.S.C. § 727(a)(10), for those debts incurred up to and including March 17, 2021. The same day, the UST filed her Motion to Waive Discharge and Notice of Opportunity for Hearing [Bankruptcy Case, Doc. 89], which was granted by Agreed Order Approving the Debtors' Waivers of Discharge [Bankruptcy Case, Doc. 90], entered by the Court on May 16, 2022.

In light of Debtors' approved waiver of discharge, the UST is directed to show cause in writing why this adversary proceeding seeking to deny Debtors their discharge should not be dismissed as moot. If the UST fails to show cause in writing by July 11, 2022, this adversary proceeding will be dismissed with prejudice without further notice or hearing.

IT IS SO ORDERED.

# # #