**Dated: July 12, 2022**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRENT DWIGHT FORD | ) | Case No. 21-10574-SAH |
| and JILL NICOLE FORD, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. 21-01062-SAH |
| | ) | |
| TRENT DWIGHT FORD | ) | |
| and JILL NICOLE FORD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING CASE

On September 10, 2021, the United States Trustee (the "UST") initiated the present adversary objecting to entry of discharge for debtors Trent Dwight Ford and Jill Nicole Ford ("Debtors"). On April 28, 2022, Debtors and the UST filed a Stipulation Regarding the Waivers of Discharge of Debtors Trent D. and Jill N. Ford [Bankruptcy Case, Doc. 88] (the "Stipulation")

in the primary bankruptcy case. Pursuant to the Stipulation, Debtors agreed to waive their discharge, forever barring and denying each of them a chapter 7 discharge, pursuant to 11 U.S.C. § 727(a)(10), for those debts incurred up to and including March 17, 2021. The same day, the UST filed her Motion to Waive Discharge and Notice of Opportunity for Hearing [Bankruptcy Case, Doc. 89], which was granted by Agreed Order Approving the Debtors' Waivers of Discharge [Bankruptcy Case, Doc. 90], entered by the Court on May 16, 2022.

As a result, the Court entered its Order to Show Cause Why Adversary Proceeding Should Not Be Dismissed as Moot [Doc. 18] (the "Order") on June 27, 2022. In the Order, the Court gave Plaintiff until July 11, 2022, to show cause in writing why this adversary proceeding seeking to deny Debtors a discharge should not be dismissed as moot. No response to the Order has been filed. Therefore, this adversary proceeding is hereby dismissed with prejudice.

IT IS SO ORDERED.

# # #