# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: admin | Date Created: 7/12/2022 |
| Case: 21–01062 | Form ID: pdf006 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| ust | Vickie Kaufman |
| ust | Lendy Heilaman |
| ust | Katherine Wieland |
| ust | trustee11 |
| ust | Michele Adams |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| pla | United States Trustee | U.S. Department of Justice | 215 Dean A. McGee Ave., | Rm. 408 | Oklahoma City, OK 73102 |
| dft | Trent Dwight Ford | 16813 Little Leaf Lane | Edmond, OK 73012 | | |
| dft | Jill Nicole Ford | 16813 Little Leaf Lane | Edmond, OK 73012 | | |
| aty | Jerry D. Brown | Jerry D. Brown, P.C. | 5500 N. Western Ave. | Suite 150 | Oklahoma City, OK 73118 |
| aty | Marjorie J. Creasey | US Trustee Office | 215 Dean A McGee Avenue | Oklahoma City, OK 73102 | |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | | |
| ust | Marjorie J. Creasey | DOJ–Ust | Marjorie J Creasey | 215 Dean A. McGee Ave. | Room 408  Oklahoma City, OK 73102 |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 | |
| ust | Charles Glidewell | United States Trustee | 215 Dean A. McGee Ave. 4th Fl. | Oklahoma City, OK 73102 | |
| ust | Felicia S Turner | 215 Dean A. McGee Avenue | Oklahoma City, OK 73102 | | |
| ust | Test UST | , OK | | | |
| ust | John McClernon | , OK | | | |
| ust | James C Harmon | DOJ–Ust | 224 S. Boulder, Ste. 225 | Tulsa, OK 74103 | |

TOTAL: 13